UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SEAN JULIEN,

    Plaintiff,

v.                                                                       Case No.  5:17-cv-573-Oc-32PRL

WELLS FARGO BANK, N.A.,

    Defendant.

## O R D E R

This case is before the Court on the Joint Stipulation to Arbitrate Claims, Stay Lawsuit and Administratively Close Case. (Doc. 14).

Upon due consideration, it is hereby

**ORDERED:**

1.    This case is **STAYED** and the Clerk shall administratively close the file pending the conclusion of arbitration.

2.    Upon the conclusion of arbitration, the parties shall file a notice with the Court explaining the status of the case. If appropriate, the parties shall jointly file another case management report at that time.

**DONE AND ORDERED** in Jacksonville, Florida the 6th day of February, 2018.

2

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record