UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SEAN JULIEN,

    Plaintiff,

v.                                                  Case No.   5:17-cv-573-Oc-32PRL

WELLS FARGO BANK, N.A.,

    Defendant.

## **O R D E R**

Upon review of Joint Stipulation of Dismissal With Prejudice (Doc. 18), filed on September 14, 2018, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of September, 2018.

*[signature]*

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record